**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff Sinoying Logistics Pte Ltd.**
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SINOYING LOGISTICS PTE LTD.,                              08-CV-

            Plaintiff,                                **ORDER FOR APPOINTMENT**
                                                          **TO SERVE PROCESS OF**
   - against -                                          **MARITIME ATTACHMENT**
                                                          **AND GARNISHMENT**

YI DA XIN TRADING CORPORATION (PHILIPPINES),

            Defendant.
-------------------------------------------------------------------X

       Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c) appointing Matthew J. Cowan or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of Matthew J. Cowan, Esq., that such appointment will result in substantial economies in time and expense,

       **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

       **ORDERED** that Matthew J. Cowan or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
       April 21, 2008

                                                                             U.S.D.C.J.